## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

_____

Barbara Bennett,                                        Civil No. 13-cv-02386 (PJS/JJK)

    Plaintiff,

v.

Cavalry Portfolio Services,                             **ORDER**

    Defendant.

_____

Barbara Bennett, pro se Plaintiff,

Margaret R. Ryan, Esq., Meagher & Geer, P.L.L.P., for the defendant, Cavalry Portfolio Services.

_____

Based upon the Report and Recommendation by U.S. Magistrate Judge Jeffrey J. Keyes, dated December 10, 2014, with all the files and records, and no objections having been filed to said Recommendation, **IT IS HEREBY ORDERED** that:

1. Defendant Cavalry Portfolio Services' Motion to Confirm the Arbitration Award (Doc. No. 40) is **GRANTED**;

2. The Arbitration Award is **CONFIRMED**; and

3. This case is **DISMISSED WITH PREJUDICE.**

                **LET JUDGMENT BE ENTERED ACCORDINGLY**

Date: 12/30/14

                                    s/Patrick J. Schiltz
                                    Patrick J. Schiltz
                                    United States District Court Judge